RECEIVED
SDNY DOCKET UNIT
2018 AUG 29 PM 3: 53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Farrah Gilot

18CV7914

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

TRU Corps LLC

**COMPLAINT**

Do you want a jury trial?
☒ Yes ☐ No

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Diversity of Citizenship TRU Corps is a Washington DC head quater Company where the Principle Place of business is Washington DC

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Farrah Gilot (Plaintiff's name), is a citizen of the State of

Newyork
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __TRU Corps LLC__, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __TRU Corp LLC__, is incorporated under the laws of the State of __Washington DC__

and has its principal place of business in the State of __Washington DC__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Farrah__                               __Gilot__
First Name        Middle Initial         Last Name

__1238 East 39 Street__
Street Address

__Brooklyn          New York      11210__
County, City                State           Zip Code

__720 650 9636__           __farrahgil57@gmail.com__
Telephone Number           Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: ~~~~ TRU CorPS LLC
First Name     Last Name

Current Job Title (or other identifying information)
1900 L Street NW
Current Work Address (or other address where defendant may be served)
Washington DC    district of columbia    20036
County, City      State      Zip Code

Defendant 2: _____
First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City     State      Zip Code

Defendant 3: _____
First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City     State      Zip Code

Defendant 4: _____
First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

TRU Corps LLC provide my social security number address account info and work history without my consent United State vs Equifax 50 state filed suit against equifct under Id theft for failing to secure customer Personal information, Im filing suit under Citizenship of diversity, TRU corp action has cause me severe emotional distress. My credit score has decrease 61 points since this occured april 11, 2018. I have been hospitalized due to the emotional distress over my personal data being given to a third party without my consent

Page 5

TruCorp LLC action was negligent and asking the court to take jurisdiction over the case over citizenship of diversity USC 1332. I'm suing for Id theft wrongful appropriation Invasion of privacy. Tru corps LLC. TruCorp LLC had a fiduciary duty of protecting my sensitive data and it was breached. This court has a citizenship of diversity over this matter and seeking this court to take jurisdiction

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I've been hospitalized due to the incident. ~~I~~ My emotion distress due to the anxiety over the stress and feeling violated. I have become anxious and suicidal over feeling violated

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order. I'm suing for 2.5 million dollars over this lawsuit

Farrah gilot

On june 9,2018 I was contact by Equivity c/o Id experts on behalf of Trucorp LLc Who gave all of my personal information to a third party. Trucorps who operates as a third party payroll department for over 5000 companies headquarter based As federal subject matter jurisdiction in this case is based on diversity of citizenship, Louisiana tort law governs the merits.5   Diversity jurisdiction requires (1) complete diversity of the parties and (2) an amount-in-controversy that exceeds $75,000.6   Complete diversity is obviously met here because Felton is a citizen of Louisiana and Greyhound is a Delaware Corporation with its principal place of business in Dallas, Texas.   Presence of the jurisdictional amount is less obvious.and principal place of business is Washington dc.  Tru Corp is liable of id theft 50 state is currently suing Equifax over id theft and invasion of privacy Intrusion. Case Newyork vs Equifax current for id theft.

On Andrews vs Marriot the courts find that proper care of privacy is needed when handling personal information. Tru Corps. Currently my credit score went down 61 points. Ive have had no recent credit or signed up to recent credit.

On William Prosser under invasion it does not just classify government use of privacy but Intrusion of solitude: physical or electronic intrusion into one's private quarters

Public disclosure of private facts: the dissemination of truthful private information which a reasonable person would find objectionable. Public disclosure[edit]


Public disclosure of private facts arises where one person reveals information which is not of public concern, and the release of which would offend a reasonable person.[14] "Unlike libel or slander, truth is not a defense for invasion of privacy."[10] Disclosure of private facts includes publishing or widespread dissemination of little-known, private facts that are non-newsworthy, not part of public records, public proceedings, not of public interest, and would be offensive to a reasonable person if made public.[12] The intrusion was on a private matter of the plaintiff's.

The intrusion caused the plaintiff emotional anguish or suffering. The defendant action has caused me severe emotion distress. This incident has caused me to be suicidal. I feel victimized. Ive had several panic attack due to this incident.

I'm Applying this standard in Luckett v. Delta Airlines, Inc., we found that a complaint's allegations of property damage, travel expenses, emergency ambulance trip, six days in the hospital, pain and suffering, humiliation, and a temporary inability to do housework, (all because of heart failure after the airline lost her luggage, which contained her heart medication), combined to meet the jurisdictional requirement even though no amount of damages was pled. Ive been hospitalized due to the overwhelming stress.

As federal subject matter jurisdiction in this case is based on diversity of citizenship, New York tort law governs the merits.5  Diversity jurisdiction requires (1) complete diversity of the parties and (2) an amount-in-controversy that exceeds $75,000.6  Complete diversity is obviously met here because Im Farrah Gilot is a citizen of New York and Tru Corps is a Washington Corporation with its principal place of business in As federal subject matter jurisdiction in this case is based on diversity of citizenship Washington Dc. There Principal place of business and Headquarters is Washington Dc

Under the privacy act The Restatement of Torts clearly provides that the acts constituting the invasion of privacy must be highly offensive to a reasonable person. However, in the case of wrongful appropriation of one's name or likeness restatement provisions provides that the act need not be highly offensive to constitute invasion of privacy.

The unwarranted publication of a person's name or likeness may constitute the most common means of invasion of the right of privacy. The protection of name and likeness from unwarranted intrusion or exploitation is the heart of the law of privacy[v]

On Luckett v. Delta Airlines, Inc., The case was granted by the court of Citizenship of diversity Also on The law of negligence as it relates to common carriers is fairly well-settled in New York and was correctly stated by the district court.   New York uses a duty/risk analysis, which requires that four elements be proved: (1) cause-in-fact, (2) existence of a legal duty, (3) breach of that duty, and (4) that "the risk, and harm caused, [were] within the scope of protection afforded by the duty breached." Tru corps had a Fiduciary Duty and it was breached by disclosing my personal information to a third party. The elements of a cause of action for breach of fiduciary duty are:

1. Plaintiff and Defendant share a relationship and fiduciary relationship existed;

2. Plaintiff has trust and confidence in Defendant;

3. Defendant undertakes such trust and assumes a duty to advise and protect Plaintiff;

4. Defendant breaches its duties to Plaintiff; and

5. Plaintiff suffers damages because of the Defendant's breach

Invasion of Privacy Offenses  The matter intruded upon was private my social security number is private my w2 is private. My account private all of my personal given to a third party

• I suffered mental anguish as a result Severe emotional distress Hospitalization panic attack. Ive also had my credit score decrease Public Disclosure of Private Facts. Ive have become suicidal and attempted suicide over the matter due to the overwhelming stress it has caused me

Public disclosure of private facts refers to the dissemination of personal information that is not of public concern or interest, and that is not part of public proceedings or records, and which would offend any reasonable person if published or widely disseminated. I am asking the court to take jurisdiction on this claim based on citizenship jurisdiction.  Based on Tru corp negligent actions by giving my information to a third party and causing me severe distress. My privacy was violated due to their negligent. On Aug I had overdose for intent to harm based on the emotional distress I felt over these incident the emotional pain of feeling violated by the defendant. My bank has seized my remaining fund making me unable to go to therapy due to my manic state of depression. ~~I was to set~~ m My credit score went down 61 points due to someone attempting to use my credit. Tru Corps should be held liable and asking the court to take Judical Jurisdiction based on the action and citizenship of diversity.

Farrah Bld
08-27-2018

