UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARRAH GILOT,

                    Plaintiff,

       -against-

TRU CORPS LLC,

                    Defendant.

18-CV-7914 (CM)

CIVIL JUDGMENT

Pursuant to the order issued October 9, 2018, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 9, 2018
             New York, New York

                                                   COLLEEN McMAHON
                                         Chief United States District Judge